UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 OCT -7 PM 3:27

CRAIG L. WILLIAMS
    Petitioner,

v.

Case Nos.: 3:07-cv-00283-HES-HTS
3:05-cr-00024-J-20HTS

UNITED STATES OF AMERICA
    Respondent.
_____/

## ORDER

Before the Court is Petitioner Craig L. Williams' Motion for Consideration of the 11th Circuit Rule 40-4 (Doc. 15, filed July 6, 2007). Though filed in 2007, this Cause was just brought to the attention of the undersigned. This Court is unable to review decisions issued by the Eleventh Circuit Court of Appeals.

Therefore it is **ORDERED, DECREED** and **ADJUDGED**:

1. The Court directs this motion to be **STRICKEN** from the record as it is not signed, as required, by Petitioner.

2. Further, the Court directs the Clerk of Court to send this motion to the Eleventh Circuit Court of Appeals for consideration.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of October, 2008.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Craig L. Williams, *Pro se*
Bonnie Ames Glober, AUSA
Frank M. Talbot, AUSA
Eleventh Circuit Clerk of Court